UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SING CHO NG,

          Plaintiff,

   v.

BING KUNG ASSOCIATION, et al.,

          Defendants.

CASE NO. 2:17-cv-1515-RAJ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

     Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

     The Clerk is directed to send a copy of this Order to Plaintiff.

     DATED this 13th day of October, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge